## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL CASE NO: 5:10-CV-65-RLV-DCK

| | | |
|---|---|---|
| N-ABLE TECHNOLOGIES, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| MSP ON DEMAND, LLC, and | ) | |
| RAMSEY DELLINGER, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Early Court-Sanctioned Discovery" (Document No. 2) filed by N-able Technologies, Inc. ("N-able" or "Plaintiff") on May 17, 2010. Defendants have failed to file a response. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is ripe for disposition. Having fully considered the record, the motion, and good cause shown (Document No. 2), the undersigned will **grant** the motion.

Rule 26(d)(1) of the Federal Rules of Civil Procedure provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except ... when authorized by these rules, by stipulation, or by court order." Fed.R.Civ.P. 26(d)(1). Additionally, Fed.R.Civ.P. 26(b)(1) provides that "[f]or good cause, the court may order discovery of any matter relevant to the subject matter involved in the action." Consistent with these rules, Local Rule 16.1(F) provides that "[i]f a party believes that early court-sanctioned discovery is warranted, then such party may file a motion for leave to take early discovery therein showing good cause."

**IT IS, THEREFORE, ORDERED** that the "Plaintiff's Motion For Early Court-Sanctioned Discovery" (Document No. 2) is **GRANTED**.

Signed: June 9, 2010

David C. Keesler
United States Magistrate Judge