# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO: 5:10-CV-65-RLV-DCK

| | |
|---|---|
| N-ABLE TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MSP ON DEMAND, LLC, and RAMSEY DELLINGER, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Strike Answer Of Defendant MSP On Demand, LLC And For Entry of Default" (Document No. 14) and "Plaintiff's Brief In Support Of Motion To Strike Answer Of Defendant MSP On Demand, LLC And For Entry Of Default" (Document No. 15), filed on July 6, 2010. Responses to the motion were due by **July 23, 2010**, and none have been filed. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is ripe for review. Having carefully considered the record and the motion, the undersigned will *sua sponte* allow Defendant MSP On Demand a brief extension of time to respond to the motion.

**IT IS, THEREFORE, ORDERED** that Defendant MSP On Demand, LLC may file a response to the pending motion (Document No. 14)**,** on or before **September 13, 2010**. Defendant's failure to file an adequate and timely response will likely lead to the Plaintiff's motion being granted.

Signed: September 2, 2010

David C. Keesler
United States Magistrate Judge