**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO: 5:10-CV-65-RLV-DCK**

| | |
|---|---|
| N-ABLE TECHNOLOGIES, INC.,   )<br>            )<br>    **Plaintiff,**   )<br>v.          )<br>            )<br>            )<br>MSP ON DEMAND, LLC, and   )<br>RAMSEY DELLINGER,     )<br>            )<br>    **Defendants.**   )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Strike Answer Of Defendant MSP On Demand, LLC And For Entry of Default (Document No. 14) filed on July 6, 2010. The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is ripe for disposition.

Defendants failed to file a timely response to the motion on or before July 23, 2010. Defendants have also failed to file a response pursuant to the Court's *sua sponte* Order (Document No. 16), allowing an extension of time to respond by September 13, 2010. The Court's previous Order (Document No. 16) noted that Defendant's failure to file an adequate and timely response would likely lead to Plaintiff's motion being granted. Having carefully considered the motion, the record, applicable authority, and "Plaintiff's Brief in Support of Motion . . ." (Document No. 15), the undersigned will **grant** the motion.

**IT IS THEREFORE ORDERED** that "Plaintiff's Motion To Strike Answer Of Defendant MSP On Demand, LLC And For Entry of Default (Document No. 14) is **GRANTED**.

Signed: September 14, 2010

*David C. Keesler*
United States Magistrate Judge