# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO: 5:10-CV-65-RLV-DCK

| | |
|---|---|
| N-ABLE TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MSP ON DEMAND, LLC, and )<br>RAMSEY DELLINGER, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b). The Court notes that no action has been entered in this matter since September 14, 2010.

**IT IS, THEREFORE, ORDERED** that the parties shall file a status report, jointly if possible, on or before **November 18, 2011**.

Signed: November 2, 2011

David C. Keesler
United States Magistrate Judge