IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:10-CV-065-RLV-DCK

| | |
|---|---|
| N-ABLE TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>MSP ON DEMAND, LLC, and )<br>RAMSEY DELLINGER, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. The Court notes that no action has been entered in this matter since November 18, 2011.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **November 9, 2012**.

Signed: October 30, 2012

David C. Keesler
United States Magistrate Judge